IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DARRELL R. SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-873-RP |
| | § | |
| DEWAYNE JAMARR COLLEY, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Mark Lane's report and

recommendation concerning Plaintiff Darrell R. Smith's ("Plaintiff") complaint pursuant to 28

U.S.C. § 1915(e), (R. & R., Dkt. 9). (Order, Dkt. 14). The Court's Order dismissed with prejudice

Plaintiff's complaint. (Dkt. 1).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of

Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on September 4, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE